**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-1199**

———————

SHIRLEY M. GREEN; RALPH E. GREEN; ANTIONETTE GREEN,

        Plaintiffs - Appellants,

    v.

WELLS FARGO BANK, N.A., alleged successor by merger to Wells
Fargo Home Mortgage, Inc.,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, Chief District
Judge.  (8:12-cv-01040-DKC)

———————

Submitted:  August 28, 2014     Decided:  September 2, 2014

———————

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jason Ostendorf, LAW OFFICE OF JASON OSTENDORF LLC, Owings
Mills, Maryland, for Appellants.  Michael S. Barranco, TREANOR
POPE & HUGHES, P.A., Towson, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shirley, Ralph, and Antionette Green appeal the district court's orders granting Wells Fargo Bank, N.A.'s motions to dismiss their fraud, promissory estoppel, negligence, negligent misrepresentation, and Maryland Consumer Protection Act, Md. Code Ann., Com. Law §§ 13-101, et. seq., claims against it. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. See Green v. Wells Fargo Bank, N.A., No. 8:12-cv-01040-DKC (D. Md. Feb. 27, 2013; Jan. 31, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED